[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10013

Non-Argument Calendar

_____

ERIC HOSEY-BEY,

Plaintiff-Appellant,

*versus*

APRIL DELUNA,
VADA QUICK,
LT. WHITFIELD,

Defendants-Appellees,

JEFFERSON DUNN, et al.,

2                      Opinion of the Court                    24-10013

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:21-cv-01227-AMM-NAD

_____

Before WILSON, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Eric Hosey-Bey appeals directly from the magistrate judge's December 5, 2023 order denying his motions for medical examination and for production of documents. However, the district court has not adopted this order or otherwise rendered it final, so it is not immediately appealable. *See* 28 U.S.C. §§ 636, 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982) (explaining that magistrate judge orders issued pursuant to 28 U.S.C. § 636(b) are not final and may not be appealed until rendered final by a district court).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.